FILED CLERK'S OFFICE
U.S.D.C - Atlanta

AUG 05 2024

KEVIN P. WEIMER, Clerk
By: _____ Clerk

UNITED STATES SUPREME COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA, GA

| | |
|---|---|
| DANDREKA OF THE FAMILY GRIGGS, | Case No.: |
| Plaintiff, | **1 :24-CV-3459** |
| vs. | |
| CARRINGTON MORTGAGE SERVICES, LLC | COMPLAINT BY PLAINTIFF FOR EXTORTION AND FRAUD |
| ALDRIDGE PITE, LLP | |
| Defendants | |

## COMPLAINT

Dandreka of Family Griggs ("Plaintiff") hereby files this complaint against Carrington Mortgage Services, LLC and Aldridge Pite, LLP ("Defendants").

### 1.  JURISDICTION AND VENUE

1.1 This Court has jurisdiction over this matter pursuant to 15 USC 1692(i).

### 2. PARTIES

2.1 Plaintiff, Dandreka Griggs, is a resident of West Point, GA and resides at 136 Amhurst Dr.

2.2 Defendant, Carrington Mortgage Services, LLC, is a corporation with its principal place of business located at 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806.

2.3 Defendant, Aldridge Pite, LLP, is a corporation with its principal place of business located at 3525 Piedmont Road, N.E., Suite 700, Atlanta, GA 30305.

### 3. STATEMENT OF FACTS

3.1 On July 18, 2022, Plaintiff entered into a mortgage agreement with VanDyk Mortgage Corporation. VanDyk Mortgage Corporation in turn monetized the promissory note and presented it to the bank. Subsequently in 2023, VanDyk Mortgage Corporation "sold" the mortgage to Defendant, Carrington Mortgage Services, LLC, unbeknownst to the Plaintiff. This action separated the mortgage from the promissory note and the deed of trust.

3.2 The Plaintiff erroneously entered into an agreement with VanDyk Mortgage Company by signing a document that he did not have full comprehension of the agreement. The Transfer of Rights in the Property clause in the Deed

COMPLAINT BY PLAINTIFF FOR EXTORTION AND FRAUD - 1

of Trust signed by the Plaintiff was misinterpreted by the Plaintiff. At the time of signature, the Plaintiff did not fully understand the clause and was not given a reasonable opportunity to learn of its character or the essential terms of the agreement.

3.3 On January 17, 2024, Plaintiff sent a Notice of Rescission to VanDyk Mortgage Corporation and Carrington Mortgage Services regarding the fraudulent transaction of selling and acquiring of the promissory note without the knowledge of the Plaintiff.

3.4 Once Carrington Mortgage Services acquired the mortgage, they began sending notices threatening to seize the property of the Plaintiff through abusive litigation.

## 4. CLAIMS FOR RELIEF

4.1 Extortion is the misrepresentation of material facts and not providing full disclosure of the nature of a transaction. Extortionate Extension of Credit is "any extension of credit where there is a demand for repayment and failure to repay results in loss of property, damage to reputation, and/or injury to your person" 18 USC 42 (892).

4.2 Carrington Mortgage Services "bought" the promissory note for the property from VanDyk Mortgage Corporation through an illegal sale pursuant to federal code 18 USC 241. The selling and acquisition of the property and personal information of Plaintiff performed by VanDyk Mortgage Corporation and Carrington Mortgage Services respectively, was a conspiracy against the rights of the Plaintiff.

4.3 Carrington Mortgage Services violated the federal code 15 USC 1692 (a)(4), which "prohibits debt collectors to foreclose on any private property".

4.4 According to UCC 3-305 (a)(1)(iii), Plaintiff (as a secured party), has a right to refuse payment on an instrument (bill) if "fraud that induced the obligor to sign the instrument with neither knowledge nor reasonable opportunity to learn of its character or its essential terms".

## 5. CONCLUSION

5.1 Plaintiff brings complaint against Carrington Mortgage Services, LLC and Aldridge Pite, LLP for extortion and fraud. Plaintiff was given false and deceptive forms that gave misleading information that resulted in him entering into an agreement for a mortgage that was already paid in full. Carrington Mortgage Services began sending threatening notices to seize property owned by Plaintiff if Plaintiff did not send them payments. Plaintiff is seeking an injunction against the foreclosure as well as monetary compensation for the mental anguish and punitive damages imposed by the defendant by trying to perform an illegal seizure of the Plaintiff's property.

COMPLAINT BY PLAINTIFF FOR EXTORTION AND FRAUD - 2

## 6. PRAYER FOR RELIEF

6.1 Plaintiff is requesting the Court to grant an injunction against foreclosure and selling of the property until this matter is resolved.

6.2 Plaintiff is requesting the Court to grant the account paid in full, and Plaintiff is refunded all money paid to the defendant plus punitive damages and court costs totaling $20,000,000.

RESPECTFULLY SUBMITTED,

Dandreka Griggs
136 Amhurst Dr
West Point, GA 31833
706-615-6624

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

eFiled & eRecorded
DATE: 6/3/2024
TIME: 10:42 PM
DEED BOOK: 02271
PAGE: 00332 - 00333
RECORDING FEES: $25.00
INTANGIBLE TAX: $0.00
PARTICIPANT ID: 4848685982
CLERK: Jackie Taylor
Troup County, GA

A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)

B. E-MAIL CONTACT AT SUBMITTER (optional)

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

Dandreka-Monta: Griggs: Executor/Beneficiary

c/o: 136 Amhurst Dr West Point, GA 31833I

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

| Print | Reset |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME
DANDREKA MONTA GRIGGS 99-6545569        -INCOLA personal  "Civilly Dead" Organization

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o: 136 Amhurst Dr | West Point | Ga. | 31833 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Individual Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/ | | | | |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME
DANDREKA MONTA GRIGGS  98-6128782        -A Republic Civis "Civilly Alive" Organization

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o: 136 Amhurst Dr | West Point | ga. | 31833 | onland |

**4. COLLATERAL:** This financing statement covers the following collateral:
100,000,000,000.00 One Hundred Billion Dollars Claim on all property of the Corporation Name: DANDREKA MONTA GRIGGS:  Birth No.101792418, Including a Living Man With arms and legs on land, The Estate Assets, Including the Property located: 136 Amhurst Dr West Point, Georgia, 000000 Schedule A Description Title Number 141-2022-001557 Lot 53. This includes all Notice/Affidavit and Fee Schedule that will apply to All Corporation that owe labor labor tax cost, or that may cause any damages against this Trust Agreement or damages to any property of the Estate. Upon then shall become a debtor who are bound by instrument of the Secured Party. This is actually a constructive notice by the Secured Party trustee on behalf of the Trust/Estate that all debtors interest now owed or hereby acquired acceptance as collateral for Securing collateral obligations in of the secured party. All bonds under Birth No. 101792418 Account No. ***-**-1543

---

5. Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☑ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☑ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☑ Seller/Buyer  ☑ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
14 Amendment P.L. 79-291, 22 USC 288a, 15 USC 1&2, 1868 Expatriation Act, Miller Act, Sect. 9, Miller Act, Baby Act

**UCC FINANCING STATEMENT ADDENDUM**
FOLLOW INSTRUCTIONS

eFiled & eRecorded
DATE: 6/3/2024
TIME: 10:42 PM
DEED BOOK: 02271
PAGE: 00334 – 00335
RECORDING FEES: $25.00
INTANGIBLE TAX: $0.00
PARTICIPANT ID: 4848685982
CLERK: Jackie Taylor
Troup County, GA

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| 9a. ORGANIZATION'S NAME | |
|---|---|
| DANDREKA GRIGGS | |

OR

| 9b. INDIVIDUAL'S SURNAME | |
|---|---|
| FIRST PERSONAL NAME | |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**Print**   **Reset**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| 10a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 10b. INDIVIDUAL'S SURNAME | | | | |
|---|---|---|---|---|
| INDIVIDUAL'S FIRST PERSONAL NAME | | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | SUFFIX |
| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☑ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| 11a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| Griggs, | Dandreka- | M | |
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| c/o: 136 Amhurst Dr | West Point | ga. | 31833 | u.s.a. |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):

-OUT OF MANY (all 50 states, all cities, all counties-properties) ONE - real estate in - THE UNITED STATES OF AMERICA -, this FIRST NAME: DANDREKA  LAST NAME: GRIGGS MIDDLE NAME: MONTA PLEDGURE -be as-extracted, with prejudice, in-to the United States of America, State of Georgia on this 30th day of May 2024.
[THE SECURITY (15 USC) --- COMMERCIAL AFFIDAVIT---NOT A POINT OF LAW]]

13. ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☑ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):
Dandreka-Monta: Griggs; Beneficiary
-As a living-real-man with hands and legs.
on real land in the United States of America
DANDREKA MONTA GRIGGS
TRUST/ESTATE

16. Description of real estate:
[-As a real -men with hands and legs, and all real land in the United States of America

-100,000,000,000.00
136 Amhurst Dr West Point GA 31833: Schedule A
Description Title Number 141-2022-001557Lot 53-
-WITH TRUST IN GOD, this real estate is with the
PUBLIC -] Birth No.101792418  Acct No.***-**-1543

17. MISCELLANEOUS:
[With] THIS NOTE IS A LEGAL TENDER FOR ALL DEPTS, PUBLIC AND PRIVATE [$100. Billion]

SECURED PARTY COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 07/01/23)

GEORGIA UCC INDEXING SYSTEM
CERTIFIED SEARCH REPORT
REPORT NUMBER: 24219627
SEARCH FROM: 1/1/1995 THROUGH: 1/25/2024

PAGE: 1
DATE: 1/30/2024
TIME: 07:57

CERTIFIED SEARCH REPORT REQUESTED FOR NAME:
**GRIGGS, DANDREKA MONTA**

---

NO RECORDS WERE FOUND FOR THE CERTIFIED SEARCH REQUESTED FOR THE NAME
MENTIONED ABOVE.

I, the undersigned officer for the Georgia Superior Court Clerks' Cooperative Authority ("the
authority"), do hereby certify that the above listing is a record of all currently effective original
financing statements and any subsequent UCC Amendment filings related thereto, and Transitional
Filings presented in accordance with the appropriate code section, filed on or after January 1, 1995,
which name the above debtor and which are on file in the Authority's UCC Central Indexing System as
of 1/25/2024. This certification covers only those UCC statements or Transitional filings filed on or
after January 1, 1995, which disclose the exact name set forth above. This certified search report does
not provide information on (1) original UCC financing statements filed prior to January 1, 1995; or (2)
the real estate records of any Georgia county, including UCC Real Estate Related Filings.
DESCRIPTIONS CONTAINED HEREIN ARE FOR INFORMATION PURPOSES ONLY AND ARE
NOT A SUBSTITUTE FOR THE COLLATERAL DESCRIPTION CONTAINED IN THE ACTUAL
FINANCING STATEMENTS. Neither the Authority or any of its agents, employees, contractors or
independent contractors shall be liable to any person or persons for consequential damages suffered by
virtue of reliance upon the above information.

GEORGIA SUPERIOR COURT CLERKS' COOPERATIVE AUTHORITY

BY _Rachel G. Rice_
EXECUTIVE DIRECTOR